|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY AHN, | Case No.: SA CV 21-01092-MEMF-(ADSx): |
|---|---|
| Plaintiff, | |
| v. | **AMENDED CIVIL TRIAL ORDER** |
| BANK OF AMERICA, N.A., ET AL., | |
| Defendants. | |

    GOOD CAUSE having been shown and on the stipulation of the parties, the Court hereby GRANTS the parties stipulation [ECF No. 86] to extend the cut-off, pre-trial and trial dates as follows. This Schedule of Pretrial and Trial Dates chart supersedes and replaces the dates set by this Court's September 16, 2021 Order, found at ECF No. 44.

/ / /

/ / /

1

**DISTRICT JUDGE MAAME EWUSI-MENSAH FRIMPONG**
**SCHEDULE OF PRETRIAL AND TRIAL DATES**

| Trial and Final Pretrial Conference Dates | Court Order |
|---|---|
| Trial | March 20, 2023, at 8:30 a.m.<br>☒ Jury Trial  or  ☐ Bench Trial<br>Est. 4 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine | March 1, 2023, at 9:00 a.m. |

| Event<br>Note: Hearings shall be on Thursdays at 10:00 a.m.[1] | Court Order |
|---|---|
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Thursday] | Completed |
| Fact Discovery Cut-Off | Completed |
| Expert Disclosure (Initial) | Completed |
| Expert Disclosure (Rebuttal) | Completed |
| Expert Discovery Cut-Off | Completed |
| Last Date to Hear Motions [Thursday]<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 1 week after motion is filed<br>• Reply due 1 week after opposition is filed | 12/8/2022 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | ☒ 2. Court's Mediation Panel<br>Completed |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 2/1/2023 |

---

[1] By default, all hearings shall proceed in-person, unless a request is made by the parties and granted by the Court. Requests to appear via Zoom must be e-filed by the Friday before the hearing and must indicate that counsel has met and conferred per Local Rule 7-3.

| | |
|---|---|
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2/15/2023 |

Dated: September 20, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge