**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
Anthony Ahn

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY AHN BY AND THROUGH HIS GUARDIAN JAMIE HONG,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.; CITIBANK, N.A.; CAPITAL ONE BANK (USA) N.A.; DISCOVER BANK; JHPDE FINANCE I, LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Defendant(s). | **Case No.:** CV21-1092 MEMF (ADSx)<br><br>**STIPULATION TO DISMISS DEFENDANT CITIBANK, N.A. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

Plaintiff ANTHONY AHN ("Plaintiff") and Defendant CITIBANK, N.A. ("Citi"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Citi hereby jointly move to dismiss Citi WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: November 8, 2022 **LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**STROOCK & STROOCK & LAVAN LLP**

By: ___/s/ Marcos D. Sasso___
MARCOS D. SASSO, ESQ.
ATTORNEY FOR DEFENDANT, CITI

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: November 8, 2022 **LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation to Dismiss Defendant Citi with Prejudice* has been filed on November 8, 2022 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___  
Matthew M Loker, Esq.