UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., ET AL.,<br><br>　　　　　Defendants. | Case No.: SA CV 21-01092-MEMF-(ADSx):<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT DISCOVER BANK [ECF NO. 102]** |

　　　Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant DISCOVER BANK to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

Dated: February 1, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1