O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AHN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., ET AL.,<br><br>　　　　　　Defendants. | Case No.: SA CV 21-01092-MEMF-(ADSx):<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT CAPITAL ONE BANK [ECF NO. 115]** |

　　Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant CAPTIAL ONE BANK (USA) N.A. to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

Dated: February 27, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1