1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14

ANTHONY AHN, by and through his guardian, JAMIE HONG,

                         Plaintiff,

       v.

15
16

BANK OF AMERICA, N.A., et al.,

                        Defendants.

17
18

Case No.: SA CV 21-01092-MEMF (ADSx)

**ORDER DISMISSING JHPDE FINANCIAL I, LLC WITH PREJUDICE [ECF NO. 117]**

19
20
21

     Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant JHPDE FINANCE I, LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

22

**IT IS SO ORDERED.**

23
24
25

Dated: March 21, 2023

                                   _____

26

                      MAAME EWUSI-MENSAH FRIMPONG

27

                         United States District Judge

28