**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
ANTHONY AHN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY AHN BY AND THROUGH HIS GUARDIAN JAMIE HONG,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.; CITIBANK, N.A.; CAPITAL ONE BANK (USA) N.A.; DISCOVER BANK; JHPDE FINANCE I, LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendant(s). | **Case No.:** CV21-1092 MEMF (ADSx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff ANTHONY AHN ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss EXPERIAN INFORMATION SOLUTIONS, INC. with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding EXPERIAN INFORMATION SOLUTIONS, INC. be vacated.

Date: August 8, 2023                                             **LOKER LAW, APC**

                                                      BY: ___/S/ MATTHEW M. LOKER__
                                                            MATTHEW M. LOKER, ESQ.
                                                            ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC.* has been submitted on August 8, 2023 to all defense counsel of record via e-mail and U.S. Mail.

   /s/ MATTHEW M. LOKER
MATTHEW M. LOKER, ESQ.

CASE NO.: CV21-1092 MEMF (ADSx)     *Ahn v. Bank of America, N.A., et al.*
**PROOF OF SERVICE**