**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
ANTHONY AHN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTHONY AHN BY AND THROUGH HIS GUARDIAN JAMIE HONG,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.; CITIBANK, N.A.; CAPITAL ONE BANK (USA) N.A.; DISCOVER BANK; JHPDE FINANCE I, LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendant(s). | **Case No.:** CV21-1092 MEMF (ADSx)<br><br>**STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

Plaintiff ANTHONY AHN ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Experian hereby jointly move to dismiss Experian WITH PREJUDICE, with each party to bear his or its own costs and attorneys' fees.

Date: September 26, 2023                        **LOKER LAW, APC**

BY: ___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**JONES DAY**

By: ___/s/ Patrick J. Hall___
PATRICK J. HALL, ESQ.
ATTORNEY FOR DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: September 26, 2023                        **LOKER LAW, APC**

BY: ___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A copy of the foregoing *Plaintiff ANTHONY AHN*'s *Stipulation to Dismiss Defendant EXPERIAN INFORMATION SOLUTIONS, INC. with Prejudice* has been submitted on September 26, 2023 to all defense counsel of record via e-mail and U.S. Mail.

                                                         /s/ MATTHEW M. LOKER
                                                             MATTHEW M. LOKER