# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AHN BY AND THROUGH HIS GUARDIAN JAMIE HONG,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; CITIBANK, N.A.; CAPITAL ONE BANK (USA) N.A.; DISCOVER BANK; JHPDE FINANCE I, LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendant(s). | Case No.: CV21-1092 MEMF (ADSx)<br><br>ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. WITH PREJUDICE |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 8, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

CASE NO.: CV21-1092 MEMF (ADSx)                    Ahn v. Bank of America, N.A., et al.